

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-10,924-25

### EX PARTE RAY STEWART MARION, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-22,300-V
### IN THE 385TH DISTRICT COURT FROM MIDLAND COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of aggravated sexual assault of a child and sentenced to seventy-five years' imprisonment. The Eighth Court of Appeals affirmed his conviction. *Marion v. State*, No. 08-96-00150-CR (Tex. App.—El Paso June 5, 1997). Applicant filed this application for writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On January 21, 1998, this Court denied application number WR-10,924-05 based on the findings of the trial court without a hearing. Of the numerous applications filed by Applicant, the -05 is the only one in which this Court's disposition relied upon the trial court's findings of fact. The current application alleges that there was prosecutorial misconduct in the review of Applicant's

subsequent habeas applications in Midland County. It has been determined that former assistant district attorney Ralph Petty was paid by the district judges to work on some of Applicant's subsequent habeas applications at the same time as he was employed as an appellate prosecutor by the Midland County District Attorney's office. That dual employment was not disclosed to this Court or Applicant at the time his subsequent applications were under consideration.

However, the Court did not rely on the trial court's findings for any of the implicated applications when Petty was working for both the district attorney's office and the district judges. Therefore this Court will not reconsider its dispositions of the previously filed applications, and all prior orders shall stand as issued.

The current application, cause number WR-10,924-25 is denied.

Filed: August 24, 2022
Do not publish